Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN DEAN GRIMME,<br><br>Defendant. | CASE NO.    MJ24-594<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Section 922(o) |

BEFORE, the Honorable S. Kate Vaughan, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### *(Unlawful Possession of a Machinegun)*

On or about May 13, 2024, in Whatcom County, within the Western District of Washington, AUSTIN DEAN GRIMME did possess, a machinegun conversion device.

All in violation of Title 18, United States Code, Sections 922(o).

And the complainant states that this Complaint is based on the following information:

Complaint – 1
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I, Michael J. Collier, being first duly sworn on oath, depose and say:

**<u>INTRODUCTION</u>**

1. I am a special agent (SA) duly sworn and employed by the United States Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am assigned to the ATF Seattle Field Office. I have been an ATF Special Agent since December 13, 2009, responsible for investigating and enforcing violations of federal law. I am also an ATF Certified Explosives Specialist (SACES).

2. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program, which are both located at the Federal Law Enforcement Training Center in Glynco, Georgia. I completed the ATF Digital Media Collection Specialist Training course and have conducted multiple forensic collections of data from multiple digital media and other electronic storage platforms. I have completed the ATF Certified Explosives Specialist (CES) program, and am responsible for explosive operations, arson investigations, explosive investigations, identifying explosive materials, and mitigating explosives found to be hazardous in nature. I have completed the International Association of Arson Investigators, Fire Investigation Technician Program (FIT) and have been certified as a Fire Investigation Technician. Also, I have planned, supervised, and conducted multiple explosive recoveries and disposals as well as seizure of unlawful or improvised explosive materials. I received my Bachelor of Science degree in Psychology and a second degree in Criminal Justice from Towson University in Towson, Maryland. I obtained a Master of Science degree in Criminal Justice Administration from Columbia Southern University in Orange Beach, Alabama. I also obtained a Master of Science Graduate certificate in Explosives Engineering from Missouri University of Science and Technology in Rolla, Missouri. I also obtained a Doctor of Forensic Science from Oklahoma State University, in Stillwater Oklahoma.

3. I am responsible for investigations involving specified unlawful activities, and violent crimes that occur in the Western District of Washington.  I am also

Complaint – 2
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

responsible for enforcing federal firearm, arson and explosives laws and related statutes in the Western District of Washington.  I have actively participated in investigations of criminal activity, including but not limited to; crimes against persons, crimes against property, narcotics-related crimes, and crimes involving the possession, use, theft, or transfer of firearms.  During these investigations, I have also participated in the execution of search warrants and the seizure of evidence indicating the commission of criminal violations.  As a law enforcement officer, I have testified under oath, affirmed to applications of search and arrest warrants, and obtained electronic monitoring orders.

4.      I make this affidavit in support of this complaint based both on personal knowledge and on information I have obtained from a review of official reports prepared by other law enforcement officers and/or discussions with those officers. Because this affidavit is made for the limited purpose of establishing probable cause to believe the defendant committed the offense alleged above, it does not contain all of my knowledge regarding the surrounding circumstances.

## SUMMARY OF PROBABLE CAUSE

5.      Beginning in April of 2024, law enforcement officers in Whatcom County began investigating Austin Dean GRIMME for offenses involving the distribution of controlled substances. During the course of the investigation, investigators learned GRIMME was associated with a residence at 2725 North Park Drive, Bellingham, within the Western District of Washington. Furthermore, a source informed investigators GRIMME had firearm parts and a 3D printer in a room at the residence.

6.      On May 13, 2024, investigators served a search warrant at 2725 North Park Drive, Bellingham. The search warrant authorized the seizure of pistols. Investigators located multiple unserialized firearm frames, which appeared to be manufactured on a 3D printer. Investigators also found other firearm accessories and indicia of controlled substances distribution, including baggies, scales, and a suspected ledger. The service of the search warrant was documented with photography.

Complaint – 3
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7.	The following day, May 14, 2024, a detective reviewing the photographs from the execution of the search warrant at 2725 North Park Drive, Bellingham recognized what appeared to be a "Glock switch" or machinegun conversion device in the photographs. Investigators applied for and were granted another search warrant to search 2725 North Park Drive, Bellingham. Investigators did not initially locate the machinegun conversion device during the search, but after talking to the occupants of the residence, one of the occupants provided the device to investigators.

8.	ATF Firearms and Ammunition Technology Division Branch Firearms Enforcement Officer (FEO) Cody Toy examined the suspected machinegun conversion device. FEO Toy concluded the device was a combination of parts designed and intended for the use in converting a semi-automatic firearm into a machinegun and thus it constitutes a "machinegun" pursuant to Title 26, United States Code, section 5845(b) and a "firearm" as defined in Title 26, United States Code, section 5845(a)(6). He further observed it had no manufacturer's marks of identification or serial numbers as required by Title 26, United States Code, Section 5842.

9.	Investigators obtained a search warrant for two mobile phones associated with GRIMME. An examination of one of the phones revealed video of an individual investigators believe is GRIMME, based on the gender, race, and stature of GRIMME, firing a what appears to be Glock-style pistol. In the video, the individual investigators believe to be GRIMME can be seen firing the pistol in semi-automatic configuration. The video then shows the individual adjust the firearm's rear, which is accompanied by an audible "click." The individual the proceeds to fire the pistol in apparent fully automatic function. A screenshot of the video, showing multiple shell casings being ejected from the firearm, is pasted below.

//

//

Complaint – 4
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



10.     I know, based on my training and experience, that certain firearms required to be registered under the National Firearms Act (NFA), including machineguns, are registered with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I caused a query of the National Firearms Registration and Transfer Record (NFRTR) for GRIMME with his identifying information. As of July 1, 2024, GRIMME is not an individual with a registered firearm in the NFRTR. I further know the machinegun conversion device recovered from 2725 North Park Drive, Bellingham, had no apparent markings thereby making it unserialized. Therefore, the machinegun conversion device could not be registered with the NFRTR.

//

//

//

Complaint – 5
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

11.    Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that AUSTIN DEAN GRIMME committed the offense of Unlawful Possession of a Machinegun, in violation of Title 18, United States Code, section 922(o).

MICHAEL COLLIER

Digitally signed by MICHAEL COLLIER
Date: 2024.09.19 15:09:43 -07'00'

MICHAEL J. COLLIER, Complainant
Special Agent, ATF

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 20th day of September, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

Complaint – 6
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970