Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 20 , 20 24

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN DEAN GRIMME,<br><br>Defendant. | NO.   **CR 24 - 221 RSM**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Machinegun)

On or about May 13, 2024, in Whatcom County, within the Western District of Washington, AUSTIN DEAN GRIMME knowingly possessed a machinegun, that is: a part designed and intended solely and exclusively for use in converting a weapon into a machinegun, commonly known as a machinegun conversion device.

All in violation of Title 18, United States Code, Sections 922(o).

//

//

Indictment - 1
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Unlawful Possession of a Silencer)

On or about May 13, 2024, in Whatcom County, within the Western District of Washington, AUSTIN DEAN GRIMME knowingly possessed a silencer, that is, a metal cylindrical device with no manufacturer's marks or serial numbers, that was not registered to GRIMME in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(7).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense charged in Count 1, AUSTIN DEAN GRIMME shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 26, United States Code, Section 2461(c), any firearms and ammunition used and involved in the offense.

Upon conviction of the offense charged in Count 2, AUSTIN DEAN GRIMME shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872(a), by way of Title 26, United States Code, Section 2461(c), any silencers involved in the offense.

///

///

///

Indictment - 2
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with a third party;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or,

      e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes

DATED: 11/20/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

BRIAN WYNNE
Assistant United States Attorney

Indictment - 3
*United States v. Grimme*
USAO No. 2024R01045

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970